# EXHIBIT 1

# United States of America

## United States Patent and Trademark Office

# CANDY BENTO BOX

**Reg. No. 4,838,646**

**Registered Oct. 20, 2015**

SUGARFINA, LLC (DELAWARE LIMITED LIABILITY COMPANY)
3915 W. 102ND STREET
INGLEWOOD, CA 90303

**Int. Cl.: 30**

**TRADEMARK**

**SUPPLEMENTAL REGISTER**

FOR: CANDIES; CANDY; CANDY FOR FOOD; CANDY WITH CARAMEL; CHOCOLATE CANDIES; CHOCOLATE CONFECTIONS; CHOCOLATE COVERED FRUIT; CHOCOLATE COVERED NUTS; CHOCOLATES AND CHOCOLATE BASED READY TO EAT CANDIES AND SNACKS; GUMMY CANDIES; SWEETS, IN CLASS 30 (U.S. CL. 46).

FIRST USE 11-23-2013; IN COMMERCE 11-23-2013.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-TICULAR FONT, STYLE, SIZE, OR COLOR.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "CANDY", APART FROM THE MARK AS SHOWN.

SER. NO. 86-504,549, FILED P.R. 1-15-2015; AM. S.R. 9-15-2015.

DOMINICK J. SALEMI, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years***
**What and When to File:**

> *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  *See* 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date).   The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  *See* 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  *See* 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.   With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE:  A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at**  http://www.uspto.gov.

# EXHIBIT 2

US00D755641S

(12) **United States Design Patent**      (10) Patent No.:     **US D755,641 S**

O'Neill                                    (45) Date of Patent:      ** **May 10, 2016**

(54) **PACKAGING**

(71) Applicant: **Rosie Colleen O'Neill**, Los Angeles, CA (US)

(72) Inventor: **Rosie Colleen O'Neill**, Los Angeles, CA (US)

(73) Assignee: **Sugarfina, LLC**, Inglewood, CA (US)

(**) Term: **14 Years**

(21) Appl. No.: **29/499,564**

(22) Filed: **Aug. 15, 2014**

(51) **LOC (10) Cl.** ................................................ **09-03**

(52) **U.S. Cl.**
USPC ......................................... **D9/721**

(58) **Field of Classification Search**
USPC .......... D9/414, 415, 420, 426, 432, 433, 715,
D9/721, 737, 756, 759, 761; D3/201, 205,
D3/206, 273, 274, 283, 298, 290; 206/214,
206/215, 224, 318, 424, 425, 515, 518, 525,
206/575, 751–756, 758, 763, 765; 229/103,
229/116.1, 120.02, 120.06, 120.07, 120.33,
229/124, 125.01, 125.08, 125.125
CPC .... B65D 21/0233; B65D 5/68; B65D 5/6697;
B65D 5/0245; B65D 5/5021; B65D 5/5213;
B65D 5/42; B65D 5/2057; B65D 5/72;
B65D 5/566; B65D 5/643; B65D 5/50;
B65D 5/48; B65D 5/66; B65D 1/36; B65D
85/00; B65D 85/324; B65D 85/60; B65D
2543/00194; B65D 2543/00648; B65D 71/70;
B65D 77/02; B65D 77/0433; B65D 77/24
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,126,093 A | * | 3/1964 | Bradley et al. ................ 206/752 |
| D292,876 S | * | 11/1987 | Grunhut ........................ D9/721 |
| D292,877 S | * | 11/1987 | Grunhut ........................ D9/721 |
| D335,819 S | * | 5/1993 | Campbell ....................... D9/721 |
| 6,533,166 B1 | * | 3/2003 | Kaiss ........................... 232/1 D |
| D511,681 S | * | 11/2005 | Cogley et al. ................. D9/416 |
| D643,306 S | * | 8/2011 | Martinez et al. ............... D9/721 |
| D669,352 S | * | 10/2012 | Paslawski ...................... D9/423 |
| D682,119 S | * | 5/2013 | Buford ......................... D9/721 |
| D687,321 S | * | 8/2013 | Pralus .......................... D9/759 |

* cited by examiner

*Primary Examiner* — Derrick Holland
*Assistant Examiner* — Lauren Calve
(74) *Attorney, Agent, or Firm* — Paul D. Chancellor; Ocean Law

(57) **CLAIM**
The ornamental design for a packaging, as shown and described.

**DESCRIPTION**

FIG. **1** is an exploded perspective view of a packaging showing my new design;
FIG. **2** is a perspective view thereof, shown without the insert and packaging tray for clarity of illustration;
FIG. **3** is a front view thereof;
FIG. **4** is a rear view thereof;
FIG. **5** is top view thereof; and,
FIG. **6** is a side view thereof.
The broken lines shown represent unclaimed subject matter and form no part of the claimed design. The shade lines shown represent surface shading and not surface ornamentation.

**1 Claim, 4 Drawing Sheets**





*FIG. 1*



FIG. 2



*FIG. 4*



*FIG. 3*



*FIG. 5*



*FIG. 6*

# EXHIBIT 3

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-963-482

**Effective Date of Registration:**
August 08, 2014

---

## Title

| | |
|---|---|
| **Title of Work:** | Sugarfina Bento Box Open View 1 |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2013 |
| **Date of 1st Publication:** | November 22, 2013 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| **Author:** | Rosie Colleen O'Neill |
| **Author Created:** | 2-D artwork |
| **Work made for hire:** | No |
| **Citizen of:** | United States |
| **Year Born:** | 1979 |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | SUGARFINA, LLC |
| | 1611 Old Oak Road, Los Angeles, CA, 90049, United States |
| **Transfer statement:** | By written agreement |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Ocean Law |
| **Name:** | Paul D. Chancellor |
| **Email:** | pdc@oceanlawgroup.com |
| **Telephone:** | (805)368-4586 |
| **Address:** | 3463 Red Bluff Court |
| | Simi Valley, CA 93063 United States |

## Certification

| | |
|---|---|
| **Name:** | Paul D. Chancellor |
| **Date:** | August 08, 2014 |

Page 1 of 2

**Registration #:**   VA0001963482
**Service Request #:**   1-1652095068

Ocean Law
Paul D. Chancellor
3463 Red Bluff Court
Simi Valley, CA 93063 United States











# EXHIBIT 4

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-963-483**

**Effective Date of Registration:**
August 08, 2014

## Title _____

| | |
|---|---|
| **Title of Work:** | Sugarfina Slider Box Open |

## Completion/Publication _____

| | |
|---|---|
| **Year of Completion:** | 2013 |
| **Date of 1st Publication:** | November 22, 2013 |
| **Nation of 1ˢᵗ Publication:** | United States |

## Author _____

| | |
|---|---|
| **Author:** | Rosie Colleen O'Neill |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United States |
| **Year Born:** | 1979 |

## Copyright Claimant _____

| | |
|---|---|
| **Copyright Claimant:** | SUGARFINA, LLC |
| | 1611 Old Oak Road, Los Angeles, CA, 90049, United States |
| **Transfer statement:** | By written agreement |

## Rights and Permissions _____

| | |
|---|---|
| **Organization Name:** | Ocean Law |
| **Name:** | Paul D. Chancellor |
| **Email:** | pdc@oceanlawgroup.com |
| **Telephone:** | (805)368-4586 |
| **Address:** | 3463 Red Bluff Court |
| | Simi Valley, CA 93063 United States |

## Certification _____

| | |
|---|---|
| **Name:** | Paul D. Chancellor |
| **Date:** | August 08, 2014 |
| **Applicant's Tracking Number:** | OCR-14040 |

Page 1 of 2

**Registration #:**   VA0001963483
**Service Request #:**   1-1652095108

Ocean Law
Paul D. Chancellor
3463 Red Bluff Court
Simi Valley, CA 93063 United States







# EXHIBIT 5

## SWEITZER'S
## <u>ACCUSED PRODUCTS</u>

1. **<u>Candy Gift Box 8</u>**



2. **<u>Candy Gift Box 4</u>**



**3.** **Candy Gift Box 3**



**4.** **Bento Box**





5.  **Candy Cube**



6. **Various Products Using Sugarfina's Trade Dress**





