JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUGARFINA, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>SWEITZER LLC, a New Jersey limited liability company, and SWEITZER LAKEWOOD LLC, a New Jersey limited liability company,<br><br>Defendants. | Case No.: 2:17-CV-07950-ODW-JC<br><br>**JUDGMENT** |

On March 8, 2018, the Court granted in part Plaintiff Sugarfina, Inc.'s ("Sugarfina") motion for default judgment. (ECF No. 26.) The Court granted Sugarfina's motion as to liability against Sweitzer LLC and Sweitzer Lakewood LLC (collectively "Defendants") for trade dress, trademark, patent, and copyright infringement, and granted the request for a permanent injunction enjoining Defendants from future use of Sugarfina's protected intellectual property. (*Id.*) The Court also granted Sugarfina leave to engage in limited discovery to determine the amount of damages. (*Id.*) On July 30, 2018, the Court granted Sugarfina's renewed motion for damages in the amount of $400,000.00 and attorneys' fees in the amount of $20,670.24. (ECF No. 36.)

Therefore, **IT IS HEREBY ORDERED THAT**:

1. Final judgment as to liability is hereby entered against Defendants Sweitzer LLC and Sweitzer Lakewood LLC for claims for trade dress infringement under 15 U.S.C. § 1125(a), trademark infringement under 15 U.S.C. § 1114, unfair competition and false designation of origin under 15 U.S.C. § 1125(a), common law trademark infringement, unfair competition under California Business & Professional Code § 17200 *et seq.*, copyright infringement under 17 U.S.C. § 101 *et seq.*, and patent infringement under 35 U.S.C. § 271.

2. Defendants' infringement of Sugarfina's enforceable trade dress, trademark, copyright and patent rights is willful, with the knowledge that Defendants' actions constitute infringement.

3. Sugarfina is awarded $400,000.00 in damages and $20,670.24 in attorneys' fees and costs.

4. Defendants and their officers, agents, and employees and all those persons in active concert of participation with them who receive actual notice of this Order by personal service; service on a registered agent; service by any other manner permitted under Federal Rule of Civil Procedure 4(h) and/or California Code of Civil Procedure § 415.20; mail to Defendants' business address at 522 Brick Boulevard

Unit 203-1, Brick, NJ 08723; email to hello@sweitzercandy.com; or otherwise, are hereby **PERMANENTLY ENJOINED AND RESTRAINED** from infringing the following:

    a. Sugarfina's '641 Patent, or any product that is merely a colorable variation thereof, including, but not limited to, "Candy Gift Box 8," during the term of the '641 Patent;

    b. Sugarfina's trademark shown in U.S. Trademark Registration No.4,838,646 in violation of 15 U.S.C. § 1114 by manufacturing, selling, offering for sale, distributing, importing, and/or exporting products that bear marks that are confusingly similar to Sugarfina's registered trademark, and any product that is merely a colorable variation thereof, including but not limited to, "Candy Gift Box 8," Candy Gift Box 4" (also referred to as Bento Box 4"), Candy Gift Box 3," and "Candy Cube";

    c. Sugarfina's common law trademark CANDY CUBE™ in violation of 15 U.S.C. § 1125(a) by manufacturing, selling, offering for sale, distributing, importing and/or exporting products that bear marks that are confusingly similar to Sugarfina's common law trademark, and any product that is merely a colorable variation thereof, including, but not limited to, "Candy Gift Box 8," Candy Gift Box 4" (also referred to as "Bento Box 4"), "Candy Gift Box 3," and "Candy Cube";

    d. Sugarfina's trade dress in violation of 15 U.S.C. § 1125(a) by developing, manufacturing, importing advertising, and/or selling products that use trade dress that is confusingly similar to Sugarfina's trade dress, and any product that is merely a colorable variation thereof, including, but not limited to, "Candy Gift Box 8," Candy Gift Box 4" (also referred to as "Bento Box 4"),

"Candy Gift Box 3," and "Candy Cube";

    e. Sugarfina's copyrights shown in U.S. Copyright Registration Nos. VA0001963483 and VA0001963482 in violation of 17 U.S.C. § 101, et seq., by creating, reproducing, distributing, selling and/or offering for sale products and product packaging containing strikingly similar reproductions of the registered works, and any product that is merely a colorable variation thereof, including, but not limited to, "Candy Gift Box 8," Candy Gift Box 4" (also referred to as "Bento Box 4"), "Candy Gift Box 3," and "Candy Cube";

5. After entry of this Judgment, Sugarfina shall promptly serve a copy of the Judgment on Defendants, and Sugarfina shall file with the Court a proof of service within fifteen (15) days thereafter.

6. If at any future time Defendants are found to have violated this Judgment, Defendants shall be liable for all attorneys' fees and costs reasonably incurred to enforce this Judgment or otherwise remedy such violation.

7. The Court retains jurisdiction over this matter for the purpose of making any further orders necessary or proper for the construction of this Judgment, the enforcement thereof, and the punishment of any violations thereof.

**IT IS SO ORDERED.**

Dated: August 6, 2018

_____
**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**